# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1253

_____

Steven E. Rousseau,                          *
                                             *
              Appellant,                     *
                                             *    Appeal from the United States
       v.                                    *    District Court for the
                                             *    District of Minnesota.
River Valley Industries,                     *
                                             *         [UNPUBLISHED]
              Appellee.                      *

_____

Submitted: December 26, 2008
Filed: February 12, 2009

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Steven Rousseau appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Upon careful review, see Ramlet v. E.F. Johnson Co., 507 F.3d 1149, 1152 (8th Cir. 2007), we hold that summary judgment was proper for the reasons the district court stated. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.